

JS-6

1  STROOCK & STROOCK & LAVAN LLP
   JULIA B. STRICKLAND (State Bar No. 83013)
2  DAVID W. MOON (State Bar No. 197711)
   2029 Century Park East, Suite 1800
3  Los Angeles, California 90067-3086
   Telephone: 310-556-5800
4  Facsimile: 310-556-5959

5  Attorneys for Defendant
   WASHINGTON MUTUAL BANK

FILED
CLERK, U.S. DISTRICT COURT
MAR 1 7 2008
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re WASHINGTON MUTUAL OVERDRAFT PROTECTION LITIGATION | Master File No. CV 03-2566-ABC (RCx) |
| | [~~PROPOSED~~] JUDGMENT |
| This Document Relates To: All Actions. | **Hearing** **Date:** January 14, 2008 **Time:** 10:00 a.m. **Courtroom:** 680 |
| | **Consolidated Action Filed: 10/20/03** |
| | [Notice of Motion and Motion, Memorandum of Points and Authorities, Declarations of Stacy Lynch and David W. Moon and Request for Judicial Notice filed and Statement of Uncontroverted Facts and Conclusions of Law and [Proposed] Order lodged concurrently] |

LA 51013825

The Court, having granted the Motion of defendant Washington Mutual Bank for Summary Judgment or, in the Alternative, Partial Summary Judgment Pursuant to Fed. R. Civ. P. 56 as to the First Cause of Action and to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6) as to the Second Through Fourth Causes of Action (the "Motion"), and having ordered entry of summary judgment and dismissal as requested in the Motion,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the Motion is granted and judgment is entered in favor of WMB and against plaintiffs, that plaintiffs shall take nothing from WMB as to any of their claims for relief, that this action is hereby dismissed and that WMB shall recover from plaintiffs collectively its costs in this coordinated action and from plaintiffs individually its costs prior to coordination in the separate actions.

**IT IS SO ORDERED.**

Dated: 3/17/08

_____
The Honorable Audrey B. Collins
United States District Court Judge

Respectfully submitted:

STROOCK & STROOCK & LAVAN LLP
JULIA B. STRICKLAND
DAVID W. MOON

By: _____
David W. Moon

Attorneys for Defendant
WASHINGTON MUTUAL BANK

LA 51013825

- 1 -